UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
FARAG

                    **Plaintiff,**

     -against-

USCIS ET AL                                   1:25-CV-3928 (ALC)

                    **Defendants.**              **ORDER**

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

     On October 27, 2025 the Government, with consent from the Plaintiff, filed a letter motion requesting to waive a pre-motion conference to allow for cross-motions for summary judgment. The Government's request to waive a pre-motion conference is GRANTED and the Court sets the following briefing schedule:

| | |
|---|---|
| Government's Motion for Summary Judgment: | December 15, 2025 |
| Plaintiff's Cross-Motion for Summary Judgment and Opposition to the Government's Motion: | December 22, 2025 |
| Government's Reply in Further Support of Its Motion | January 12, 2026 |
| Plaintiff's Reply in Further Support of Its Motion | January 20, 2026 |

**SO ORDERED.**

**Dated:**   October 28, 2025

      New York, New York                             **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**